466 A.2d 715

Commonwealth v. Simon, Appellant.

Petition for Allowance of Appeal Denied
Sept. 25, 1984.

Submitted April 6, 1983. Hugh Curtis Clark, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

SPAETH, J., filed a memorandum concurring statement.

466 A.2d 715

Commonwealth v. Sutton, Appellant.

Submitted January 18, 1983. Robert Scandone, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.